IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JORDAN GRIFFIN and CHERYL PURDUE, | ) ) ) | CIV NO 08-00242 ACK-LEK |
| Plaintiff(s), | ) ) | REPORT OF SPECIAL MASTER ON PLAINTIFFS' OBJECTIONS |
| vs. | ) ) | TO DEFENDANT JTSI, INC.'S NOTICE OF BILL OF COSTS, |
| JTSI, INC., ET AL, | ) ) | FILED SEPTEMBER 2, 2009 |
| Defendant(s). | ) | |

_____

<u>ORDER ADOPTING REPORT OF SPECIAL MASTER</u>

A Report of Special Master having been filed on December 1, 2009 and served on all parties on December 2, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master On Plaintiffs' Objections To Defendant JTSI, Inc.'s Notice of Bill of Costs, Filed September 2, 2009" is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai‘i, December 28, 2009.



_____
Alan C. Kay
Sr. United States District Judge